STUART H. WEST, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, New Jersey 08054
(856) 813-1700                              UNITED STATES BANKRUPTCY COURT
Attorneys for the Secured Creditor          FOR THE DISTRICT OF NEW JERSEY
File No. 085146B

|  |  |
|---|---|
| In re:  SONIA WASHINGTON  STEPHANIE WASHINGTON | CHAPTER 13 |
|  | CASE NO.  18-14250-VFP |
| SONIA WASHINGTON  STEPHANIE WASHINGTON | Adversary Proceeding  No. 18-01266-VFP |
| Debtors/Plaintiffs  v.  WELLS FARGO BANK, NA; PNC BANK; DAVID M. SCHLACHTER, ESQ.; MARC ALSTER, ESQ.; ZUCKER, GOLDBERG & ACKERMAN; MTGLQ INVESTORS, L.P.; RUSHMORE LOAN MANAGEMENT SERVICES; PLUESE, BECKER & SALTZMAN, LLC/ATTORNEY WEST; | NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FED.R.CIV.P. 12(b)(6) AS TO MTGLQ INVESTORS, L.P.; RUSHMORE LOAN MANAGEMENT SERVICES; AND, PLUESE, BECKER & SALTZMAN, LLC/ATTORNEY WEST  HEARING DATE: August 2, 2018 |
| Defendants |  |

**TO:** Sonia Washington and Stephanie Washington, Debtors, Marie-Ann Greenberg, Chapter 13 Trustee, U.S. Trustee, Wells Fargo NA, PNC Bank, David M. Schlatchter, and Marc G. Alster.

PLEASE TAKE NOTICE that the undersigned, attorneys for the Secured Creditor, MTGLQ Investors, LP, servicer for Rushmore Loan Management Services and the Law Firm of Pluese, Becker & Saltzman, LLC, will apply to the above-named Court at the U.S. Bankruptcy Court House, Martin Luther King, Jr., Federal Building & Courthouse, 50 Walnut Street, 3rd Floor, Newark, New Jersey, in Courtroom #3B, on August 2, 2018, at 11:00 a.m., or as soon thereafter as counsel may be heard, for a Motion to Dismiss for Failure to State a Claim pursuant to FED.R.CIV.P. 12(b)(6) as to MTGLQ Investors, L.P.; Rushmore Loan Management Services; and, Pluese, Becker & Saltzman, LLC.

PLEASE TAKE FURTHER NOTICE that if you contest this Motion, you must appear in Court on the date noted above and you are further required to file with the Court and serve on the undersigned a written response, in accordance with Rules of Court, no later than seven  (7) days prior to the hearing date pursuant to Local Bankruptcy Rule 9013-2(a)(2).  If a written response is not served and filed, the Court will treat this Motion as uncontested and may not conduct a hearing.

       PLUESE, BECKER & SALTZMAN, LLC

       BY:  /s/ Stuart H. West
         Stuart H. West, Esquire

DATED: July 5, 2018