| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| | **Order Filed on August 9, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>SONIA WASHINGTON,<br><br>Debtor. | Case No.:    18-14250 (VFP)<br><br>Chapter:    13 |
| SONIA WASHINGTON and<br>STEPHANIE WASHINGTON,<br><br>Plaintiffs.<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>PNC BANK,<br>DAVID M. SCHLACHTER, ESQ.,<br>MARK ALSTER, ESQ.,<br>ZUCKER, GOLDBERG & ACKERMAN,<br>MTGLQ INVESTORS, L.P.,<br>RUSHMORE LOAN MANAGEMENT SERVICES,<br>PLUESE, BECKER & SALTZMAN,<br>LLC/ATTORNEY WEST,<br><br>Defendants. | Adv. Pro. No.: 18-1266 (VFP)<br><br>Hearing Date:    August 2, 2018<br><br>Judge:    Vincent F. Papalia |

**ORDER DISMISSING ADVERSARY COMPLAINT WITHOUT PREJUDICE
AND ALLOWING FILING OF AN AMENDED COMPLAINT
BY SEPTEMBER 17, 2018**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Case name: | In re Sonia Washington |
| Case no.: | 18-14250 (VFP) (Chapter 13) |
| Adv. pro. name: | Washington v. Wells Fargo Bank, N.A., *et al.* |
| Adv. pro. no.: | 18-1266 (VFP) |
| Caption of Order: | Order Dismissing Adversary Complaint Without Prejudice and Allowing Filing of an Amended Complaint by September 17, 2018 |

---

This matter is before the United States Bankruptcy Court for the District of New Jersey on three (3) Motions filed by Defendants (i) MTGLQ Investors, L.P.; Rushmore Loan Management Services; and Pluese, Becker & Saltzman, LLC/Attorney West by Stuart H. West, Esq. (Dkt. No. 5); (ii) Marc G. Alster, Esq., appearing *pro se* (Dkt. No. 6); and (iii) David M. Schlachter, Esq., appearing *pro se* (Dkt. No. 7) to dismiss the Complaint under Fed. R. Civ. P. 12(b)(6) and Fed. R. Bankr. P. 7102(b) for failure to state a claim (collectively, the "Motions to Dismiss"); and on the Motion for Leave to Amend the Complaint ("Motion to Amend") filed by Plaintiff Sonia Washington, Debtor *pro se* in the underlying case, and by Plaintiff Stephanie Washington, Debtor's sister (Dkt. No. 8) under Fed. R. Civ. P. 15(a)(2) and Fed. R. Bankr. P. 7015 in response to the Motions to Dismiss;

And the Court having considered all submissions and the arguments of the parties; and the above-referenced Defendants as well as Debtor Sonia Washington having appeared; and for good cause shown; and for the reasons set forth on the record on August 2, 2018, it is

**ORDERED** that the Complaint is hereby dismissed without prejudice; and it is further

**ORDERED** that the Debtor, Sonia Washington, is granted leave to amend her Complaint by filing an Amended Complaint on or before September 17, 2018. No extension of this deadline shall be granted absent a showing of extraordinary circumstances. Any Amended Complaint must address the deficiencies noted by the Debtor in her Motion to Amend and those noted by the Court on the record on August 2, 2018.